UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:20-11347 CAS (ADS)                                   Date: February 22, 2021

Title: *Edward Eugene Banks v. Josie Gastelo*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):       Attorney(s) Present for Respondent(s):
None Present                                                      None Present

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

      Before the Court is Petitioner Edward Eugene Banks' Petition for Writ of Habeas Corpus by a Person in State Custody.  [Dkt. No. 1].  On January 11, 2021, the Court issued an Order Regarding Failure to Pay Required Filing Fee or Submit a Completed IFP Request.  [Dkt. No. 4].  The Court provided Petitioner with options to (1) pay the $5.00 filing fee, (2) file a completed Request to Proceed In Forma Pauperis with the required supporting documentation, or (3) show cause and explain why he is unable to do so.  [Id.].  The Court ordered Petitioner to respond by February 1, 2021.  [Id.].  Petitioner has not filed a response or otherwise communicated with the Court since initiating this action on December 14, 2020.  See [Dkt. No.1].

      **By no later than March 15, 2021,** Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute the Petition and follow court orders.   Petitioner may respond to this Order by selecting one of the options set forth in the January 11, 2021 order, which are listed again above.  [Dkt. No. 4].

      If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:20-11347 CAS (ADS)                    Date:  February 22, 2021

Title:  *Edward Eugene Banks v. Josie Gastelo*

    **Petitioner is cautioned that failure to timely file a response will result in a recommendation that this action be dismissed for the reasons stated in the January 11, 2021 order, for failure to prosecute and/or obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

    **IT IS SO ORDERED.**

Initials of Clerk kh