O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EDWARD EUGENE BANKS, | Case No. 2:20-11347 CAS (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |
| JOSIE GASTELO, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated May 11, 2021 [Dkt. No. 9].

Finding no objections on file, IT IS HEREBY ORDERED:

1.    The United States Magistrate Judge's Report and Recommendation [Dkt. No. 9] is accepted;

2.    This case is dismissed without prejudice; and

3.    Judgment is to be entered accordingly.

DATED:   June 30, 2021

_____
THE HONORABLE CHRISTINA A. SNYDER
United States District Judge