JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD EUGENE BANKS,<br><br>Petitioner,<br><br>v.<br><br>JOSIE GASTELO,<br><br>Respondent. | Case No. 2:20-11347 CAS (ADS)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: June 30, 2021

*Christina A. Snyder*
_____
THE HONORABLE CHRISTINA A. SNYDER
United States District Judge